UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| INNA BOLOTINA and MARC FINK, *individually and on behalf of their minor son*, L.B., <br><br> Plaintiffs, <br><br> v. <br><br> CHERRY HILL PUBLIC SCHOOLS BOARD OF EDUCATION, *et al.*, <br><br> Defendants. | HONORABLE KAREN M. WILLIAMS <br><br> Civil Action <br> No. 1:24-cv-07250-KMW-SAK <br><br><br> **ORDER** |

**THIS MATTER** having come before the Court on the January 9, 2026 Report and Recommendation ("R&R") authored and submitted by the Honorable Sharon A. King, U.S.M.J., pursuant to 28 U.S.C. § 636(b)(1)(B) and the Local Civil Rules of this District; the Court having reviewed the R&R (ECF No. 42); observing that no party has objected to any portion thereto; and discerning no clear error on its face;

**IT IS** this **5**th day of **March 2026** hereby

**ORDERED** that the R&R (ECF No. 42) is **ADOPTED** in its entirety and without modification. Accordingly, Plaintiffs' motion to compel Defendant Cherry Hill Public Schools Board of Education to comply with certain of its obligations under the parties' settlement agreement, as well as for attorneys' fees and costs (ECF No. 35), is **DENIED**.

KAREN M. WILLIAMS, U.S.D.J.